IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| WALTER EUGENE MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-348 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Now before the court is "Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b)" [doc. 36]. Magistrate Judge H. Bruce Guyton has prepared a report and recommendation [doc. 45], recommending that the motion be granted in the amount of $2,422.03, to be collected directly from the client rather than from the Commissioner. There have been no timely objections filed to this report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a review of this matter, the court is in agreement with the magistrate judge's conclusions. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the pending motion [doc. 36] is **GRANTED** in the amount

of Two Thousand Four Hundred Twenty-Two Dollars and Three Cents ($2,422.03). Plaintiff's attorney shall collect this amount directly from the plaintiff, rather than from the Commissioner.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge